ORIGINAL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **M. DAVID BRANUM** | **CIVIL ACTION NO. 06-3270** |
| **VERSUS** | **SECTION "A" - MAGISTRATE 3** |
| **DIAMOND OFFSHORE DRILLING, INC.** | **JUDGE JAY C. ZAINEY** |
| | **MAG. DANIEL E. KNOWLES, III** |

**VERDICT FORM**

1. Was the defendant, Diamond Offshore Management Company, negligent on August 15, 2003, when Plaintiff sustained an injury to his hand?

   ✓ YES ________ NO

   If yes, proceed to the next question.

   If no, date and sign this form and return to the courtroom.

2. Was the negligence of the defendant a proximate cause of plaintiff's injuries?

   ✓ YES ________ NO

   If yes, proceed to the next question.

   If no, date and sign this form and return to the courtroom.

3. Was the plaintiff, M. David Branum, comparatively negligent so as to contribute to his own injuries?

✓ YES ________ NO

If yes, proceed to the next question.

*If no, proceed to question 5.*

4. Expressed in terms of percentage, to what extent did the fault of each party, if any, contribute to the plaintiff's injuries (total must equal 100 percent)?

| | | |
|---|---|---|
| (a) | Diamond Offshore Management Company's negligence | 60 % |
| (b) | M. David Branum's negligence | 40 % |
| | | 100% |

Proceed to the next question.

5. Fill in the amounts that will adequately and fairly compensate the plaintiff, M. David Branum, for his damages, **without** any reduction for negligence, if any, on his part.

| | | |
|---|---|---|
| (a) | The amount, if any, he is due for pain, suffering, and mental anguish from date of injury until today | $50,000.00 |
| (b) | The amount, if any, he is due for future pain and *suffering and mental anguish* | $10,000.00 |
| (c) | The amount, if any, he is due for loss of enjoyment of life | $20,000.00 |
| (d) | The amount, if any, he is due for permanent physical disability | $20,000.00 |
| | TOTAL | $100,000.00 |

Sign and date this form and return to the courtroom.

Aug 14, 2007
DATE

[signature]
FOREPERSON