UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| M. DAVID BRANUM | CIVIL ACTION |
| VERSUS | NO: 06-3270 |
| DIAMOND OFFSHORE DRILLING, INC. | SECTION: "A" |

# JUDGMENT

This cause having been tried and submitted to a jury, and the jury having returned a verdict as follows:

That the extent of fault by the plaintiff that contributed to his injuries was 40% of negligence found, and the plaintiff having been awarded a total of $100,000.00,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the plaintiff, M. David Branum, and against the defendant, Diamond Offshore Management Company, in the amount of $60,000.00, together with legal interest and costs.

New Orleans, Louisiana, this 14th day of August 2007.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE